IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   Civil Action No. 03-289 |
| PENNSYLVANIA DEPARTMENT OF<br>CORRECTIONS,<br>    Defendants. | )<br>)<br>)<br>) |

## ORDER

Plaintiff has filed an appeal of United States Magistrate Judge Robert C. Mitchell's non-dispositive order dated April 7, 2005 [document #100]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 11th day of January, 2006, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    All parties of record