IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALTON D. BROWN,                        )
        Plaintiff,                     )
                                       )
        v.                             )    Civil Action No. 03-289
                                       )
PA DEPARTMENT OF CORRECTIONS,          )
et al.,                                )
        Defendants.                    )

O R D E R

AND NOW, this 23rd day of _____ 2006, after the plaintiff, Alton D. Brown,

filed a third amended civil rights complaint in the above-captioned case, and after a motion for

summary judgment was submitted by defendants Jeffrey Beard, Robert Bitner, Thomas James,

Martin Horn, Philip Johnson, Joel Dickson, Mark Krysevig, William Stickman, Frank Cole,

Anthony Bovo, Rebecca Kessler, Gregg Mohring, Robert Stafford, David McCoy, Robert Frank,

Gary Abrams, John Novak, Randy Minnick, G.K. Marsh, Josh Orpen, Mark Powell, Joan Delie,

Diana Manson and Gregroy Kime (collectively, the "Corrections Defendants"), and after a

Report and Recommendation was issued by the United States Magistrate Judge, and the parties

were granted ten days after being served with a copy to file written objections thereto, and upon

consideration of the objections filed by the plaintiff, and after independent review of the

pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the

opinion of this Court,

IT IS ORDERED that the Corrections Defendants' motion for summary judgment

(Docket No. 156) is granted.

United States District Judge

cc:     Alton D. Brown
        DL-4686
        SCI Fayette
        Box 9999
        LaBelle, PA 15450-0999

        All Counsel of Record

        Honorable Robert C. Mitchell
        United States Magistrate Judge