```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALTON D. BROWN,                )
     Plaintiff,                )
                               )
     v.                        ) Civil Action No. 03-289
                               )
PA DEPARTMENT OF               )
CORRECTIONS, ET AL.,           )
     Defendants.               )
```

JUDGEMENT ORDER

AND NOW, this 23rd day of January, 2006, IT IS HEREBY ORDERED that judgment is entered in favor of defendants, Jeffrey A. Beard, Robert Bitner, Thomas James, Martin Horn, Philip Johnson, Joel Dickson, Mark Krysevig, William Stickman, Frank Cole, Anthony Bovo, Rebecca Kessler, Gregg Mohring, Robert Stafford, David McCoy, Robert Frank, Gary Abrams, John Novak, Randy Minnick, G.K. Marsh, Josh Orpen, Mark Powell, Joan Delie, Diana Manson and Gregory Kime, and against plaintiff, Alton D. Brown.

                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge