IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 03-289<br>) |
| PA DEPARTMENT OF CORRECTIONS,<br>et al.,<br>　　　　Defendants. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 16 day of Aug 2006, after the plaintiff, Alton D. Brown, filed a third amended civil rights complaint in the above-captioned case, and after a motion for summary judgment was submitted by defendants Noel, Kolli, Swierczewski and Dumas, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　IT IS ORDERED that the motion for summary judgment submitted by defendants Noel, Kolli, Swierczewski and Dumas (Document No. 207) is granted.

　　IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____
United States District Judge

cc: Alton D. Brown
DL-4686
SCI Graterford
Box 244
Graterford, PA 19426-0244

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge